# UNITED STATES DISTRICT COURT
## for the
### Middle District of Florida ☒

| | |
|---|---|
| LUCRETIA ANNE DELVAUX<br><br><br>*Plaintiff(s)*<br>v.<br>Twilio Inc.<br><br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 6:25-CV-02272-AGM-NWH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Twilio Inc. – Registered Agent
Corporate Creations Network, Inc.
801 US Highway 1
North Palm Beach, FL 33408

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lucretia Anne Delvaux
7509 Lake Marsha Dr
Orlando, FL 32819

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____11/25/2025_____          _____
                                                                *Signature of Clerk or Deputy Clerk*

Wendy Blair

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida ☒

| | |
|---|---|
| LUCRETIA ANNE DELVAUX | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 6:25-CV-02272-AGM-NW H |
| Amazon Web Services, Inc. | ) ) ) |
| *Defendant(s)* | ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Amazon Web Services, Inc. – Registered Agent
Corporation Service Company
1201 Hays Street
Tallahassee, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Lucretia Anne Delvaux
7509 Lake Marsha Dr
Orlando, FL 32819

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____11/25/2025_____    _____
Signature of Clerk or Deputy Clerk

Wendy Blair

# UNITED STATES DISTRICT COURT
### for the
#### Middle District of Florida ▨

| | | |
|---|---|---|
| LUCRETIA ANNE DELVAUX | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No. 6:25-CV-02272-AYM-Nw |
| GOOGLE LLC | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ 
Google LLC – Registered Agent
Corporation Service Company
1201 Hays Street
Tallahassee, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lucretia Anne Delvaux
7509 Lake Marsha Dr
Orlando, FL 32819

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____11/25/2025_____        _____
                                      _Signature of Clerk or Deputy Clerk_

                                          Wendy Blair

# UNITED STATES DISTRICT COURT
## for the
### Middle District of Florida ☒

LUCRETIA ANNE DELVAUX )
)
)
)
_____ )
*Plaintiff(s)* )
v. ) Civil Action No. 6:25-CV-02272-A4m-NωH
)
MICROSOFT CORPORATION )
)
)
)
_____ )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    **Microsoft Corporation – Registered Agent**
**Corporation Service Company**
**1201 Hays Street**
**Tallahassee, FL 32301**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lucretia Anne Delvaux
7509 Lake Marsha Dr
Orlando, FL 32819

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____11/25/2025_____                    _____
                                                            *Signature of Clerk or Deputy Clerk*

                                                            Wendy Blair