# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

Lucretia Anne Delvaux,

      Plaintiff,

Case No. 6:25-cv-02272-AGM-NWH

vs.

Google LLC, *et al*.,

      Defendants.

## DEFENDANT GOOGLE LLC'S UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT

Defendant Google LLC ("***Google***") hereby moves to extend its deadline to respond to the Amended Complaint so it runs through and including May 4, 2026. The Motion is unopposed, and made on the following grounds:

1. Plaintiff Lucretia Anne Delvaux ("***Plaintiff***") filed her original Complaint (Dkt. 1, "***Complaint***") on November 25, 2025.

2. On December 1, 2025, the Court issued a *sua sponte* Order striking the Complaint as an impermissible shotgun pleading and directed Plaintiff to file an amended pleading. (Dkt. 3).

3. On December 15, 2025, Plaintiff filed her Amended Complaint titled "Complaint for Damages, Declaratory and Injunctive Relief" (Dkt. 6, "***Amended Complaint***"), which is the operative complaint and was served upon Google on March 12, 2026.

1

4. Google's current deadline to respond to the Amended Complaint is April 2, 2026.

5. Google seeks an extension of thirty-two (32) days, through and including Monday, May 4, 2026, to file its response to the Amended Complaint. There is good cause to grant Google's requested extension.

6. Plaintiff's Amended Complaint is 55 pages, includes seven counts, and asserts claims against Google (and the other defendants unrelated to Google) for: Count I – wire fraud under 18 U.S.C. § 1343; Count II – civil RICO under 18 U.S.C. §§ 1962(c) & 1964(c); Count III – violation of the Computer Fraud and Abuse Act, 8 U.S.C. § 1030; Count IV – negligence and gross negligence; Count V – violation of the Florida Deceptive and Unfair Trade Practices Act, Fla. Stat. §§ 501.201, *et seq.*; Count VI – elder financial exploitation under 42 U.S.C. §§ 1397l – 1397m-5 and Fla. Stat. § 415.1111; and Count VII – for declaratory and injunctive relief under 28 U.S.C. §§ 2201-2202. (*See* Am. Compl., Dkt. 6.) These claims cover a four-year period involving an unidentified number of non-party emails Plaintiff received between 2022 and 2025, but which are not attached to the pleading. (*E.g.*, *id.* ¶ 14.)

7. Due to the nature of the Amended Complaint and allegations, Google and its counsel require additional time to analyze Plaintiff's allegations, investigate the facts and claims at issue, evaluate Google's available defenses, and formulate an appropriate response. The additional time to respond to the Amended Complaint is

also requested due to scheduling conflicts for Google's counsel and the press of other matters.

8. The requested extension of time is not made for the purpose of delay and will not prejudice any of the parties involved in this action. The case is in its earliest stage and the other defendants have not yet appeared or responded and may seek similar extensions.

9. Counsel for Google conferred with *pro se* Plaintiff, and Plaintiff extended the courtesy of the extension, confirming she does not oppose Google's request for additional time and that Google may file this motion as unopposed.

WHEREFORE, Google respectfully requests that the Court GRANT this Motion and extend the deadline for Google to respond to Plaintiff's Amended Complaint through and including Monday, May 4, 2026.

Respectfully submitted this 27th day of March, 2026.

> */s/ Damon J. Whitaker*
> **BRYAN CAVE LEIGHTON PAISNER LLP**
> Damon J. Whitaker – Lead Counsel
> Fla. Bar No. 0923591
> Ezequiel J. Romero
> Fla. Bar No. 107216
> 200 South Biscayne Boulevard, Suite 400
> Miami, FL 33131-5354
> Tel: (786) 322-7500
> damon.whitaker@bclplaw.com
> ezequiel.romero@bclplaw.com
>
> *Counsel for Google LLC*

## Local Rule 3.01(g) Certification

Pursuant to Local Rule 3.01(g), the undersigned counsel for Defendant Google LLC certifies that counsel for Google conferred with *pro se* Plaintiff by email on March 26, 2026, and was informed by Plaintiff that Plaintiff does not oppose the relief sought in this Motion and that Google may submit this Motion as unopposed.

/s/ Damon J. Whitaker
Damon J. Whitaker (Fla. Bar No. 0923591)

## Certificate of Service

I certify that on March 27, 2026 a true and correct copy of the foregoing **Defendant Google LLC's Unopposed Motion to Extend Deadline to Respond to Plaintiff's Amended Complaint** was electronically filed using the Court's CM/ECF system, and was served on *pro se* Plaintiff via U.S. Mail and email addressed as follows:

Lucretia Anne Delvaux
7509 Lake Marsha Dr.
Orlando, Florida 32819
Lucretia.delvaux@gmail.com

This 27th day of March, 2026.

/s/ Damon J. Whitaker
Damon J. Whitaker (Fla. Bar No. 0923591)

#618537371

4