# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

LUCRETIA ANNE DELVAUX,

     Plaintiff,

v.

GOOGLE LLC;
MICROSOFT CORPORATION;
AMAZON WEB SERVICES, INC.;
and
TWILIO INC. (including SendGrid),
and
DOES I-X and
ROE CORPORATIONS I-X, inclusive,

     Defendants.

Case No. 6:25-cv-2272-AGM-NWH

## TIME-SENSITIVE MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant Twilio Inc. respectfully moves, pursuant to Local Rule 3.01(f), Federal Rule of Civil Procedure 6(b)(1)(A), and the Court's inherent authority to control its docket, for a 30-day extension of time, up to and including May 4, 2026, to respond to Plaintiff's Amended Complaint. Twilio was served with a copy of the Amended Complaint on March 13, 2026, making its response due on April 3, 2026. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). Defense counsel was only recently retained in this action and requires adequate time to investigate the allegations, evaluate potential defenses, and prepare a response to the Amended Complaint, which is 55 pages and contains eight separate claims against Twilio and other Defendants. Under Local Rule

3.01(f), Twilio requests a ruling on this Motion by April 1, 2026, to allow it to timely comply with the Court's order.

Twilio's request is made before the original deadline of April 3, and good cause supports it. *See* Fed. R. Civ. P. 6(b)(1) ("When an act may or must be done within a specified time, the court may, for good cause, extend the time . . . if a request is made . . . before the original time . . . expires."). A modest extension will ensure that Twilio can respond thoughtfully and efficiently without prejudicing Plaintiff or disrupting the Court's schedule and will align Twilio's response deadline with that of Defendant Google LLC. (*See* Doc. 9). This is Twilio's first request for an extension, it is sought in good faith, and it is not interposed for purposes of delay. For these reasons, Twilio respectfully requests that the Court grant this motion and extend its deadline to respond to the Amended Complaint through and including May 4, 2026.

## <u>LOCAL RULE 3.01(g) CERTIFICATION</u>

The undersigned certifies that on March 25, 2026, Counsel conferred by email with Plaintiff, who indicated that she did not take a position on the specific deadline but did not oppose Twilio's request to seek an extension of time to respond to the Amended Complaint. Defendant Google LLC does not oppose the requested relief.

[*signatures on following page*]

Dated: March 30, 2026

Respectfully submitted,

*/s/ Jennifer Faggion*
Ian Ballon (special admission motion forthcoming)
California Bar No. 141819
**GREENBERG TRAURIG LLP**
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303
T: (650) 289-7881
Ballon@gtlaw.com
Lead Counsel

Jennifer M. Faggion
Florida Bar No. 46326
**GREENBERG TRAURIG, P.A.**
101 E. Kennedy Blvd., Suite 1900
Tampa, FL 33602
T: (813) 318-5700
F: (813) 318-5900
Jennifer.Faggion@gtlaw.com

*Counsel for Defendant Twilio, Inc.*

## CERTIFICATE OF SERVICE

I certify that on March 30, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record, and that a copy has also been served via U.S. Mail to the following parties on this 30th day of March, 2026:

Lucretia Anne Delvaux
7509 Lake Marsha Dr.
Orlando, FL 32819

*/s/ Jennifer Faggion*
Counsel for Defendant Twilio, Inc.