# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

LUCRETIA ANNE DELVAUX,

      Plaintiff,

v.

GOOGLE LLC;
MICROSOFT CORPORATION;
AMAZON WEB SERVICES, INC.;
TWILIO INC. (including SendGrid);
AND DOES I—X and ROE
CORPORATIONS I—X, Inclusive

      Defendants.

_____/

**Case No. 6:25-cv-02272-AGM-NWH**

## AGREED MOTION FOR DEFENDANT, AMAZON WEB SERVICES, INC., TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT FOR DAMAGES

Defendant Amazon Web Services, Inc. ("Amazon"), by and through undersigned counsel, respectfully requests an extension of time through and including May 4, 2026, to file their response to the Amended Complaint filed by Plaintiff, Lucretia Anne Delvaux ("Ms. Delvaux"). In support of this request, Defendant states:

1. Defendant's responses to Plaintiff's Amended Complaint are due on April 3, 2026.

2. By this motion, Defendant seeks an extension through and including May 4, 2026, in which to file their responses.

3. This motion is timely under Federal Rule of Civil Procedure 6 and complies with the Court's procedures for extension requests.

4. Good cause exists to grant this extension. This request is made in good faith and not for the purpose of delay. Rather, the motion is made to conserve judicial and party resources, and to ensure that Amazon is able to appropriately address Plaintiff's claims in its response. Granting this extension will not prejudice any party and will allow sufficient time for completion of the required tasks.

5. Undersigned counsel has conferred with Ms. Delvaux, and Ms. Delvaux consents to the extension.

WHEREFORE, for the foregoing reasons, Defendant respectfully requests the Court enter an order granting them an extension through and including May 4, 2026 to file their response to Ms. Delvaux's Amended Complaint, and granting such other and further relief as the Court deems just and fit.

Dated: March 30, 2026

Respectfully submitted,

**K&L GATES LLP**

_/s/ Mallory Cooney_
Mallory M. Cooney
Florida Bar No. 125659
Mallory.Cooney@klgates.com
Southeast Financial Center
200 S. Biscayne Boulevard, Ste. 3900
Miami, FL 33131-2399
Telephone: 305-539-3300
Facsimile: 305-358-7095

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel or parties of record on this 30th day of March 2026.

*/s/ Mallory Cooney*
Mallory Cooney