**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

Lucretia Anne Delvaux,  Case No. 6:25-cv-02272-AGM-NWH
      Plaintiff,

vs.

Google LLC, *et al.*,
      Defendants.

### NOTICE OF APPEARANCE OF CO-COUNSEL FOR GOOGLE LLC

PLEASE TAKE NOTICE that Ezequiel J. Romero, Esq. of Bryan Cave Leighton Paisner, LLP appears as co-counsel for Defendant Google LLC and requests that copies of all pleadings, notices, orders, and other papers in this cause be served upon him.[1] The undersigned attorney designates the following e-mail addresses for service in this matter:

Ezequiel J. Romero:  ezequiel.romero@bclplaw.com
Secondary Email:  romeroe@bclplaw.com

Respectfully submitted this 30th day of March, 2026.

      /s/ Ezequiel J. Romero
      **BRYAN CAVE LEIGHTON PAISNER, LLP**
      Damon J. Whitaker – Lead Counsel
      Florida Bar No. 0923591
      Ezequiel J. Romero
      Florida Bar No. 107216
      200 South Biscayne Blvd., Ste 400
      Miami, FL 33131
      Tel: (786) 322-7500

---

[1] Damon J. Whitaker, Esq. remains Google's lead counsel.

1

Email: damon.whitaker@bclplaw.com
Email: ezequiel.romero@bclplaw.com

*Counsel for Google, LLC*

### Certificate of Service

I certify that on March 30, 2026, a true and correct copy of the foregoing **Notice of Appearance of Co-Counsel for Google LLC** was electronically filed using the Court's CM/ECF system, and was served on *pro se* Plaintiff via U.S. Mail and email addressed as follows:

Lucretia Anne Delvaux
7509 Lake Marsha Dr.
Orlando, Florida 32819
Lucretia.delvaux@gmail.com

This 30th day of March, 2026.

*/s/ Ezequiel J. Romero*
Ezequiel J. Romero (Fla. Bar No. 107216)

#618537370